# United States Bankruptcy Court
## Northern District of California

In re **Marina Shawn Harb**  
Debtor(s)

Case No. **10-12982**  
Chapter **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **August 18, 2010**

**/s/ Evan Livingstone**
Signature of Attorney
**Evan Livingstone
Evan Livingstone, Attorney at Law
740 Fourth St #215
Santa Rosa, CA 95404
(707) 206-6570   Fax: (707) 676-9112**

Bank Of America
Po Box 1598
Norfolk, VA 23501


Cazadero Supply
Main St
Cazadero, CA 95421


Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219


George Steinetz
PO Box 304
Campo, CA 91906-0304


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


IBM Lender Business Processing Services
PO Box 4121
Beaverton, OR 97076-4121


James Coconas
PO Box 2064
Sebastopol, CA 95472


Macysdsnb
911 Duke Blvd
Mason, OH 45040

Navarro Ranch Association
PO Box 119
Cazadero, CA 95421


Ndex West
15000 Surveyor Blvd #500
Addison, TX 75001-9013


Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117


Sonoma County Tax Collector
585 Fiscal Drive, Room 100F
Santa Rosa, CA 95403