DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| In re: | Case No.: 10-1-2982AJ13 |
|---|---|
| MARINA SHAWN HARB<br>PO BOX 440<br>CAZADERO, CA 95421<br><br>###-##-2264<br>Debtor(s). | Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:   09/21/2010
Time:   9:00 AM
Place:  Office of the United States Trustee
        777 Sonoma Ave., First Floor, #116
        Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:   10/18/2010
Time:   1:30 PM
Place:  United States Bankruptcy Court
        99 South E Street
        Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests a *__signed__* copy of Debtor's 2009 Federal Income Tax Return.

2. The Trustee requests copies of Debtor's payment advices received in the last six months prior to the filing of the Bankruptcy (January through June 2010), or, in the alternative, a Debtor's declaration that details why pay advices cannot be provided.

3. Schedule I reflects income received of $1,200.00 from income from real property. The Trustee requests verification of said monthly income.

4. Schedule I reflects income received of $300.00 from income from "alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above." Question 9 of Form B22C reflects this $300.00 from "Child Support." Schedule I states Debtor's 19 year-old daughter as the only dependent. The Trustee requests clarification and verification of said monthly income or the appropriate documents be amended so they are accurate and consistent.

5. Schedule J reflects an expense of $300.00 for alimony, maintenance, and support paid to others, however, Schedule I reflects this as income. The Trustee requests clarification or that the appropriate documents be amended so that they are accurate and consistent.

6. Schedule I reflects income received of $257.00 from income from "EIC tax refund." The Trustee requests clarification and verification of said monthly income.

7. Schedule A reflects the value of Debtor's real property located at 20368 Fort Ross Rd., Cazadero, California as $500,000.00. The Trustee requests verification of how Debtors' arrived at this value.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 23, 2010    DAVID BURCHARD
                          DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MARINA SHAWN HARB
PO BOX 440
CAZADERO, CA 95421

EVAN LIVINGSTONE
LAW OFFICES OF EVAN LIVINGSTONE
740 FOURTH ST # 215
SANTA ROSA, CA 95404-0000

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated: August 23, 2010    DENIZ BRIDGMAN
                          DENIZ BRIDGMAN